Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL - 3 2015

CHRISTOPHER A. PRINE
CLERK

Case Number
01-15-00041-CR

| | | |
|---|---|---|
| Apolinar Marquez Camposano | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

X Apolinar Camposano
Pro se Appellant
DAlhart Unit, TDCJ # 1555657
DAlhart, Texas 79022-7624

### Certificate of Service

This is to certify that on 6-26-15 (Date), a true and correct copy of the above and foregoing document was served by mail on:

Montgomery County District Attorney's Office,

X Apolinar Camposano
Pro se Appellant

Apolinar M. Camposano
#1556657 (Dalhart Unit)
11950 F.M.-998
Dalhart, Tx. 79022-7624

Legal

AMARILLO TX 791
30 JUN 2015 PM 1 T

First Court of Appeals
301 Fannin St.
Houston, Tx. 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL - 3 2015

CHRISTOPHER A. PRINE
CLERK

